IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13CR00144-01 BSM |
| | ) | |
| CHESTER GREEN | ) | |

**ORDER**

The defendant's motion for continuance is granted, and the initial appearance and arraignment is re-scheduled for Wednesday, May 22, 2013, at 2:00 p.m. This Order will provide the only notice to the defendant of the new time for the plea and arraignment.

IT IS SO ORDERED this  21   day of May, 2013.

UNITED STATES MAGISTRATE JUDGE